## (March 19, 1951.)

■

EDWARD H. AUER, Appellant, v. MARIE AUER, Respondent. — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel and Sneed, JJ.; Wenzel, J., not voting. [See *ante*, p. 666.]

■

In the Matter of the Estate of MARIE E. CALLIS, Deceased. MARY ZOMBULIS, as Administratrix of the Estate of MARIE E. CALLIS, Deceased, Respondent; ELLEN ZANN et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Adel and Mac-Crate, JJ. [See *ante*, p. 659.]

■

MARGARET KING, Respondent, v. EMIL SCHULTZ, Appellant. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.

■

JOSEPH LA GRUTTA, Respondent, v. WALTER H. BLACHLY et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ. [See *ante*, p. 661.]

■

LAKE CAMPS, INC., et al., Respondents, v. LEO WOLF, Appellant, et al., Defendants. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. [See *ante*, p. 673.]

■

BOARDWALK STORES CORPORATION, Appellant, v. CITY OF NEW YORK, Respondent. — In an action in three stated causes of action for an accounting, for the reformation of a deed, and to impress a vendor's lien upon certain real property, a motion under subdivision 6 of rule 107 of the Rules of Civil Practice has been granted and the amended complaint dismissed upon the ground that the causes of action did not accrue within the time limited by law for the commencement of action thereon. Order granting defendant's motion and dismissing the complaint, and the resettled judgment thereon entered, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ. [See *post*, p. 776.]

■

800 UNION STREET CORP., Respondent, v. BOOKBEN REALTY CORP., Appellant. — Appeal by defendant from so much of an order which denies its cross motion for summary judgment. Appeal dismissed, without costs, as academic, in view of the determination of the appeal from the judgment entered after trial (*800 Union St. Corp.* v. *Bookben Realty Corp., post*, p. 708), decided simultaneously herewith. Carswell, Johnston, Sneed and Wenzel, JJ., concur; Nolan, P. J., not voting.